[No. 10060-2-I.   Division One.   April 11, 1983.]

Dawn M. Rhodes, *Respondent,* v. Paul C.
Boehm, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 95151, Stuart C. French, J., entered February 23, 1981. *Affirmed* by unpublished opinion per Corbett, J., concurred in by Andersen, C.J., and Swanson, J.

[No. 9981-7-I.   Division One.   April 11, 1983.]

Mark 50 Machinery, *Appellant,* v. West Coast
Orient Lumber Mills, Inc., *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 262174, Stanley W. Worswick, J., entered November 16, 1981. *Affirmed* by unpublished opinion per Durham, A.C.J., concurred in by Callow and Corbett, JJ.

[No. 11062-4-I.   Division One.   April 11, 1983.]

The State of Washington, *Respondent,* v. Shawn
Lane, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81-8-02847-2, Maurice Epstein, J. Pro Tem., entered December 3, 1981. *Affirmed* by unpublished opinion per Durham, J., concurred in by Andersen, C.J., and Ringold, J.

[No. 11191-4-I.   Division One.   April 11, 1983.]

The State of Washington, *Respondent,* v. Rufus
Stone, Jr., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81-1-02188-0, Frank J. Eberharter, J., entered December 7, 1981. *Affirmed* by unpublished opinion per Durham, J., concurred in by Andersen, C.J., and Ringold, J.